UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br><br>　　　　Defendant. | Case No. 19-cv-06585-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL DECLARATION REGARDING IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 2 |

Pending before the Court is Plaintiff Kimberly Martin's ex parte motion to proceed in forma pauperis. *See* Dkt. No. 2. In the motion, Plaintiff does not answer the applicable questions with sufficient detail to permit the Court to evaluate her ability to pay the filing fees under 28 U.S.C. § 1915. Plaintiff claims that she has not worked since 2014, but she is represented by counsel in this action and owns a relatively new vehicle (model year 2018) that was not financed. *See id.* at 1–3. Plaintiff also states that she has no monthly income, expenses, or debts. *Id.* at 2–4. Plaintiff does not explain this apparent inconsistency. Without more detail about how Plaintiff can afford to hire counsel, purchase a vehicle, and support herself with no monthly income or expenses, the Court cannot evaluate whether Plaintiff is financially able to pay the filing fee.

Accordingly, the Court **DIRECTS** Plaintiff to file a supplemental declaration in support of her motion to proceed in forma pauperis, addressing the issues identified above, by November 4, 2019. If Plaintiff fails to file the declaration, the Court will deny the motion.

**IT IS SO ORDERED.**

Dated: 10/21/2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge