UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY M.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 19-cv-06585-DMR<br><br>**ORDER RE MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 27 |

    Plaintiff Kimberly M.'s counsel, Joshua B. Kons, filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). [Docket No. 27.] Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, filed a response. [Docket No. 29.]

    Kons represents that Plaintiff was awarded $139,119.90 in retroactive Title II benefits. He asks the court for a net award of $18,827.29 in attorneys' fees payable out of Plaintiff's past due benefits. This sum represents a total attorneys' fee award of $25,579.98 minus $6,752.69 in fees payable by the government pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(b), which the court previously awarded.[1] [*See* Docket No. 26.]

    In this motion, Kons' interests are adverse to those of his client, because any fees that the court awards Kons pursuant to 42 U.S.C. § 406(b) will come from Plaintiff's past-due benefits. In other words, if the court grants Kons' motion and awards fees, it will reduce the amount of past-due benefits that Plaintiff will receive from Defendant by $18,827.29.

---

[1] A claimant's attorney who is successful in obtaining both EAJA fees from the United States and an award under 42 U.S.C. § 406(b) (which comes out of past-due benefits) must "refun[d] to the claimant the amount of the smaller fee." *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) (quotation omitted). Here, Kons asks the court to order the payment of attorneys' fees in the amount of $25,579.98 with a credit to Plaintiff for the $6,752.69 in EAJA fees previously paid to counsel.

**By August 11, 2023**, counsel shall serve Plaintiff with a copy of his motion and this order and shall file a proof of service. **The court grants Plaintiff until September 1, 2023 to submit any objections to Kons' motion for attorneys' fees.** If the court does not receive any objections from Plaintiff by September 1, 2023, the court will decide Kons' motion based on the papers already submitted.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
Donna M. Ryu
Chief Magistrate Judge